UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHANEL HORNER,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF SEATTLE; OFFICER ROBERT STROZIER, in his individual capacity; and LINCOLN TOWING ENTERPRISES, INC.,<br><br>                  Defendants. | No.<br><br>KING COUNTY SUPERIOR COURT CAUSE NO. 24-2-20370-2<br><br>VERIFICATION OF STATE RECRODS |

**VERIFICATION**

The undersigned hereby declares the following:

1. The undersigned is counsel for Defendant City of Seattle.

2. Pursuant to LCR 101(b), attached are true and correct copies of all records and proceedings in the Superior Court of King County, Washington:

| **EXHIBIT** | **DOCUMENT** |
|---|---|
| 1 | Complaint |

VERIFICATION OF STATE RECORDS - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| 2 | Order Setting Case Schedule |
|---|---|
| 3 | Case Information Cover Sheet |
| 4 | Summons |
| 5 | Summons |
| 6 | Summons |
| 7 | Demand for Jury - 12 Person |
| 8 | Certificate of eService |
| 9 | Notice of Appearance |
| 10 | Certificate of eService |

DATED this 18th day of September, 2024.

ANN DAVISON
Seattle City Attorney


By:  /s/Joseph Everett
Joseph Everett, WSBA# 38248
Dallas LePierre, WSBA# 47391
Carson Canonie, WSBA# 62464
Assistant City Attorneys

E-mail:  Joseph.Everett@seattle.gov
E-Mail:  Dallas.LePierre@seattle.gov
E-Mail:  Carson.Canonie@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorney for Defendant City of Seattle*

VERIFICATION OF STATE RECORDS - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington, that on this date, I electronically filed the foregoing document with the Clerk of the Court using the ECR E-filing Application, and caused a true and correct copy to be served on the following persons in the manner indicated below:

| | |
|---|---|
| James E. Lobsenz WSBA #8787<br>CARNEY BADLEY SPELLMAN, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>*Attorney for Plaintiff* | (X) Via Email<br>lobsenz@carneylaw.com |
| Fadi Assaf, WSBA #13658<br>NORTHWEST JUSTICE PROJECT<br>401 2nd Avenue S. Suite 407<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | (X) Via Email<br>fadi.assaf@nwjustice.org |
| Daniel P. Mallove, WSBA #13158<br>Eric Cascio, WSBA #52941<br>LAW OFC OF DANIEL P MALLOVE PLLC<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121 | (X) Via Email<br>dmallove@dpmlaw.com<br>ecascio@dpmlaw.com |

Dated this 18th day of September, 2024, at Seattle, Washington

*/s/ Laura Sanabria*
Laura Sanabria, Legal Assistant

VERIFICATION OF STATE RECORDS - 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200