# EXHIBIT 9

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN THE COUNTY OF KING

| | |
|---|---|
| CHANEL HORNER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE; OFFICER ROBERT STROZIER; and LINCOLN TOWING ENTERPRISES, INC.,<br><br>　　　　　　　　Defendants. | NO. 24-2-20370-2 SEA<br><br>NOTICE OF APPEARANCE OF DEFENDANT LINCOLN TOWING ENTERPRISES, INC.<br><br>**CLERK'S ACTION REQUIRED** |

TO:          All Parties of Record

AND TO:  All Attorneys of Record

PLEASE TAKE NOTICE that defendant Lincoln Towing Enterprises, Inc., without waiving objections as to improper service or jurisdiction, hereby enters its appearance through the undersigned attorneys, and you are notified that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be had upon said defendant by serving the undersigned attorneys of record at the Law Office of Daniel P. Mallove, PLLC, 2003 Western Avenue, Suite 400, Seattle, Washington, 98121.

//

//

NOTICE OF APPEARANCE

1

LAW OFFICE OF
**DANIEL P. MALLOVE, PLLC**
2003 WESTERN AVENUE
SUITE 400
SEATTLE, WASHINGTON 98121
PHONE: (206) 239-9933
FAX: (206) 587-0277

DATED this 16th day of September, 2024.

        LAW OFFICE OF DANIEL P. MALLOVE, PLLC

        By: _____
        Daniel P. Mallove, WSBA #13158
        Eric Cascio, WSBA #52941
        Attorneys for Defendant Lincoln Towing
        Enterprises, Inc.

NOTICE OF APPEARANCE — 2

LAW OFFICE OF
**DANIEL P. MALLOVE, PLLC**
2003 WESTERN AVENUE
SUITE 400
SEATTLE, WASHINGTON 98121
PHONE: (206) 239-9933
FAX: (206) 587-0277

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that on the below date, I caused to be served the foregoing **NOTICE OF APPEARANCE OF DEFENDANT LINCOLN TOWING ENTERPRISES, INC.** on the following individuals via the methods indicated:

> Fadi Assaf
> Northwest Justice Project
> 401 2nd Avenue S, Suite 407
> Seattle, WA 98104
> Fadi.assaf@nwjustice.org
>
> James E. Lobsenz
> Carney Badley Spellman, P.S.
> 701 5th Avenue, Suite 3600
> Seattle, WA 98104
> lobsenz@carneylaw.com

| ☐ U.S. Mail | ☐ Hand Delivery/Messenger |
|---|---|
| ☐ Facsimile | ☒ Electronic / ECF / E-mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 16th day of September, 2024.

*Marganne Russell*
Marganne Russell

NOTICE OF APPEARANCE

3

LAW OFFICE OF
**DANIEL P. MALLOVE, PLLC**
2003 WESTERN AVENUE
SUITE 400
SEATTLE, WASHINGTON 98121
PHONE: (206) 239-9933
FAX: (206) 587-0277