UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANEL HORNER,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE; OFFICER ROBERT STROZIER; and LINCOLN TOWING ENTERPRISES, INC.,<br><br>                    Defendants. | Case No. 2:24-cv-01488-RSL<br><br>Hon. Robert S. Lasnik<br><br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LINCOLN TOWING ENTERPRISES, INC.** |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, defendant Lincoln Towing Enterprises, Inc. notifies this Court and the other parties that RoadOne West, Inc. is its parent corporation and that RoadOne West, Inc. owns 100% of its stock.

DATED this 23rd day of September, 2024.

LAW OFFICE OF DANIEL P. MALLOVE, PLLC

By: */s/ Daniel P. Mallove*
        Daniel P. Mallove, WSBA #13158
        2003 Western Avenue, Suite 400
        Seattle, WA 98121
        (206) 239-9933
        dmallove@dpmlaw.com
        *Attorney for Defendant Lincoln Towing Enterprises*

CORPORATE DISCLOSURE STATEMENT - 1

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that on the below date, I caused to be served the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LINCOLN TOWING ENTERPRISES, INC.** on the following individuals via the method indicated:

James E. Lobsenz
Carney Badley Spellman PS
701 Fifth Avenue, Suite 3600
Seattle, WA 98104

Fadi Assaf
Northwest Justice Project
401 2nd Avenue S, Suite 407
Seattle, WA 98104

Carson Canonie
Joseph Everett
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

| | |
|---|---|
| ☐ U.S. Mail | ☐ Hand Delivery/Messenger |
| ☐ Facsimile | ☒ Electronic / ECF / E-mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 23rd day of September, 2024.

/s/ Marganne Russell
Marganne Russell