Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANEL HORNER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE; OFFICER ROBERT STROZIER; and LINCOLN TOWING ENTERPRISES, INC.,<br><br>    Defendants. | NO. 2:24-cv-01488-RSL<br><br>PLAINTIFF'S STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSE AND REPLY TO DEFENDANT CITY OF SEATTLE AND ROBERT STROZIER'S MOTION TO DISMISS |

The parties, through their undersigned counsel, move this Court for an order extending the deadlines for Plaintiff to respond and Defendants to reply to Defendant City of Seattle and Officer Robert Strozier's Motion to Dismiss.

On November 26, 2024 Defendants City of Seattle and Officer Robert Stozier filed Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) (DKT. #17).

Due to a planned 9-day out-of-the-state vacation during the middle of December, Plaintiff's counsel asked defendants' counsel if the due date for Plaintiff's response to the Defendants' motion could be extended to allow for a full 21 days to file a response. Defendants' counsel agreed to this extension and therefore the parties have stipulated to the following due dates:

PLAINTIFF'S STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSE AND REPLY TO DEFENDANT CITY OF SEATTLE AND ROBERT STROZIER'S MOTION TO DISMISS – 1
(2:24-cv-01488-RSL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 7797522

1  Plaintiff's Response is now due December 27, 2024 and Defendants' Reply will be due
2  January 3, 2025.
3  WHEREFORE, the parties respectfully request that the Court extend the
4  deadlines as outlined above.
5  DATED this 4th day of December, 2024.

    *s/ James E. Lobsenz*
James E. Lobsenz WSBA #8787
lobsenz@carneylaw.com
Attorneys for Plaintiff
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104


    *s/Joseph Everett*
Joseph Everett, WSBA #38248
Dallas LePierre, WSBA #47391
Carson W. Canonie, WSBA #62464
 Attorneys for Defendants City of Seattle and
 Robert Strozier
Civil Division, Seattle City Attorney's Office
701 5th Avenue Suite 2050
Seattle WA  98104
Joseph.Everett@seattle.gov
Dallas.LePierre@seattle.gov
Carson.Canonie@seattle.gov


I certify that this memorandum contains 148 words, in compliance with the Local Civil Rules.

PLAINTIFF'S STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSE AND REPLY TO DEFENDANT CITY OF SEATTLE AND ROBERT STROZIER'S MOTION TO DISMISS – 2 (2:24-cv-01488-RSL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 7797522

**ORDER**

Based on the above stipulation of the Parties, it is ORDERED that the deadline for the response to Defendants' Motion to Dismiss is extended to December 27, 2024 and that the deadline for Defendants' Reply is January 3, 2025.

DATED this __5th__ day of December, 2024.

_____
Robert S. Lasnik
United States District Judge

PLAINTIFF'S STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSE AND REPLY TO DEFENDANT CITY OF SEATTLE AND ROBERT STROZIER'S MOTION TO DISMISS – 3 (2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 7797522