UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANEL HORNER,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE et al.,<br><br>                Defendants. | No. 2:24-cv-01488-RSL<br><br>DECLARATION OF LOUISE AKERBLOM |

I, Louise Akerblom, declare as follows:

1. I am over the age of 18 and competent to testify to the following on personal knowledge.

2. I am a Fadi Assaf's Legal Assistant at Northwest Justice Project.

3. On December 12, 2022, I called Simran (206-386-9034) at the Seattle Municipal Court inquiring whether a case number has been assigned and if a hearing had been scheduled. Simran stated that they were two to four months behind on processing Impounded Vehicle Hearing Requests forms. However, Simran stated that she would expedite Ms. Horner's request meaning that Ms. Horner would most likely be scheduled for a January hearing. Simran stated that she would call me when Ms. Horner's request had been processed.

DECLARATION OF LOUISE AKERBLOM

Northwest Justice Project
401 Second Ave S. Suite 407
Seattle, WA 98104
Tel. (206) 464-1519  Fax (206) 299-3123

4. On January 3, 2023, I called Simran as I had not heard from her about Ms. Horner. Simran stated that due to the snow, the December hearings were rescheduled to January causing a delay. However, Simran stated that she would most likely be able to add Ms. Horner to the January hearing calendar. Simran stated that she would either call me back later that day or the next day at the latest to inform me of Ms. Horner's hearing date.

5. On January 5, 2023, I called Simran as I had not heard from her about Ms. Horner. Simran stated that her supervisor, Cindy Campbell, found an issue with Ms. Horner's impoundment form. Simran stated that Ms. Campbell would call me either that day before 4:00 PM or the next day to notify me about this issue.

6. On January 9, 2023, I talked to Ms. Campbell on the phone. She stated that she spoke to someone back in November saying the same thing as now. Ms. Campbell stated that the hearing request was not filled out properly and that the hearing request had been denied. Ms. Campbell stated that the main issue was that only a registered owner can request a hearing. Ms. Campbell stated that Ms. Horner is not the registered owner. Additionally, Ms. Campbell stated that there was no information given on the hearing request about when a hearing could be set, nor was there any indication of when the vehicle was redeemed from Lincoln Towing and paid for. Ms. Campbell stated that Lincoln Towing claims that Ms. Horner never paid and still owes $6,600. Ms. Campbell also stated that the hearing request does not state where the vehicle was moved to from Lincoln Towing. I told Ms. Campbell that as a Legal Assistant, I would not be able to respond to her inquiries, however, I would pass on this information to Fadi Assaf. Ms. Campbell provided her direct phone number (206-684-5608) if we needed further information or needed to contact her.

7. I reported everything written above to Fadi Assaf on the same day that each call occurred.

1  I declare under penalty of perjury under the laws of the state of Washington that the foregoing
2  is true and correct.

4  Signed in Shoreline, Washington on December 23rd, 2024

NORTHWEST JUSTICE PROJECT

By *Louise Akerblom* (DocuSigned by: 8A3E5606156D4C7...)
Louise Akerblom
Legal Assistant at Northwest Justice Project

DECLARATION OF LOUISE AKERBLOM

**Northwest Justice Project**
401 Second Ave S. Suite 407
Seattle, WA 98104
Tel. (206) 464-1519  Fax (206) 299-3123