Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANEL HORNER,

                    Plaintiff,

        vs.

CITY OF SEATTLE; OFFICER ROBERT
STROZIER, in his individual capacity; and
LINCOLN TOWING ENTERPRISES,
INC.,

                    Defendants.

No.  2:24-cv-01488-RSL

**DEFENDANTS' UNOPPOSED MOTION TO STAY HEARING ON PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

Defendants Robert Strozier and City of Seattle, (collectively "City") move this Court to stay hearing on Plaintiff's Partial Motion for Summary Judgment. In support thereof, the Defendants state:

1. Plaintiff filed this Complaint on September 9, 2024 in King County Superior Court, raising state and federal claims against the Defendants.

2. The City removed this action to this Court on September 18, 2024.

3. Pursuant to this Court's scheduling Order, the City filed a Motion to Dismiss under Rule 12(b)(6) on November 26, 2024. Plaintiff filed a Response in Opposition of that Motion on

DEFENDANTS' UNOPPOSED MOTION TO STAY HEARING ON
PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT
(2:24-cv-01488-RSL)- 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1    December 27, 2024. The City Replied on January 3, 2025.

2    4.  Plaintiff subsequently filed a Motion for Partial Summary Judgment on December 27, 2024.

3    5.  This Court has broad discretion to control its docket. *Landis v. N. Am. Co.*, 299 U.S. 248, 254,

4        57 S. Ct. 163, 166, 81 L. Ed. 153 (1936).

5    6.  This Court may stay a proceeding in the interest of judicial economy, where the issues, proof,

6        and questions of law may be simplified in so doing. *See Lockyer v. Mirant Corp.*, 398 F.3d

7        1098, 1110 (9th Cir. 2009).

8    7.  The City's Motion to Dismiss would, if granted, be fully dispositive of this action, or may be

9        dispositive as to the Plaintiff's Motion should it be partially granted.

10   8.  In the interest of judicial economy, the Defendants request that the Plaintiff's Motion for

11       Summary be stayed until this Court rules on the City's Motion to Dismiss.

12   9.  The Plaintiff does not object to this request.

13   10. In the event that this Court denies the City's motion to dismiss, either in whole or in part, the

14       Plaintiff will renote her partial summary judgment motion, and will note it for decision at the

15       first available date at least four weeks after entry of an Order by this Court on the City's

16       Motion.

17       For the reasons stated above, the Defendants respectfully request that this Court grant this

18   Unopposed Motion to stay Plaintiff's Motion for Partial Summary Judgment and grant such other and

19   further relief as is just and proper.

20   //

21   //

22   //

23   //

DEFENDANTS' UNOPPOSED MOTION TO STAY HEARING ON
PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT
(2:24-cv-01488-RSL)- 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 6th of January, 2025.

ANN DAVISON
Seattle City Attorney


By:    */s/Joseph Everett*
        Joseph Everett, WSBA# 38248
        Dallas LePierre, WSBA# 47391
        Carson Canonie, WSBA# 62464
        Assistant City Attorneys

        E-mail:  Joseph.Everett@seattle.gov
        E-Mail:  Dallas.LePierre@seattle.gov
        E-Mail:  Carson.Canonie@seattle.gov

        Seattle City Attorney's Office
        701 Fifth Avenue, Suite 2050
        Seattle, WA 98104
        Phone:  (206) 684-8200

        *Attorneys for Defendants City of*
        *Seattle and Robert Strozier*




        */s/James E. Lobsenz*
        James E. Lobsenz WSBA #8787
        (not opposing)

        lobsenz@carneylaw.com
        CARNEY BADLEY SPELLMAN, P.S.
        701 Fifth Avenue, Suite 3600
        Seattle, WA 98104

        *Attorney for Plaintiff Horner*


DEFENDANTS' UNOPPOSED MOTION TO STAY HEARING ON
PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT
(2:24-cv-01488-RSL)- 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1

**CERTIFICATE OF SERVICE**

2          I certify that on the 6th day of January, 2025, I caused a true and correct copy of this
document to be served on the following in the manner indicated below:

3

| | |
|---|---|
| James E. Lobsenz WSBA #8787<br>CARNEY BADLEY SPELLMAN, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>*Attorney for Plaintiff* | (X)  via CM/ECF<br>lobsenz@carneylaw.com |
| Fadi Assaf, WSBA #13658<br>NORTHWEST JUSTICE PROJECT<br>401 2nd Avenue S. Suite 407<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | (X)  via CM/ECF<br>fadi.assaf@nwjustice.org<br>Louise.akerblom@nwjustice.org<br>groth@carneylaw.com |
| Daniel P. Mallove, WSBA #13158<br>Eric Cascio, WSBA #52941<br>LAW OFC OF DANIEL P MALLOVE PLLC<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121 | (X)  via CM/ECF<br>dmallove@dpmlaw.com<br>ecascio@dpmlaw.com<br>mrussell@dpmlaw.com |

4

5

6

7

8

9

10

11          Dated this 6th day of January, 2025, at Seattle, Washington

12

13                      _/s/ Laura Sanabria_____
                         Laura Sanabria, Legal Assistant

14

15

16

17

18

19

20

21

22

23

DEFENDANTS' UNOPPOSED MOTION TO STAY HEARING ON
PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT
(2:24-cv-01488-RSL)- 4

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200