Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANEL HORNER,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE; OFFICER ROBERT STROZIER, in his individual capacity; and LINCOLN TOWING ENTERPRISES, INC.,<br><br>　　　　　　　　　　Defendants. | No. 2:24-cv-01488-RSL<br><br>**GRANTING UNOPPOSED MOTION TO STAY HEARING ON PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |

　　　The Court having reviewed the pleading and materials in this case, it is hereby ORDERED that the Unopposed Motion to Stay is GRANTED.

　　　The Clerk of Court shall remove Plaintiff's Motion for Partial Summary Judgment, Dkt. #25, from the Court's motion calendar.  In the event that this Court denies the City's motion to dismiss, either in whole or in part, the Plaintiff will re-note her partial summary judgment motion, and will note it for decision at the first available date at least four weeks after entry of an Order by this Court on the City's Motion.

GRANTING UNOPPOSED MOTION TO STAY HEARING ON PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT (2:24-cv-01488-RSL)- 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 7th day of January, 2025.

                                         _____
                                         Robert S. Lasnik
                                         United States District Judge

Presented by:

ANN DAVISON
Seattle City Attorney

By:  /s/Joseph Everett
      Joseph Everett, WSBA# 38248
      Dallas LePierre, WSBA# 47391
      Carson Canonie, WSBA# 62464
      Assistant City Attorneys

      E-mail: Joseph.Everett@seattle.gov
      E-Mail: Dallas.LePierre@seattle.gov
      E-Mail: Carson.Canonie@seattle.gov

      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Phone: (206) 684-8200

*Attorneys for Defendants City of Seattle and Robert Strozier*

GRANTING UNOPPOSED MOTION TO STAY HEARING ON PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT (2:24-cv-01488-RSL)- 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200