|     |     |
| --- | --- |
|     | Honorable Robert S. Lasnik<br>NOTED FOR CONSIDERATION: 3/12/25 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHANEL HORNER,

        Plaintiff,

v.

CITY OF SEATTLE; OFFICER ROBERT STROZIER; and LINCOLN TOWING ENTERPRISES, INC.,

        Defendants.

NO. 2:24-cv-01488-RSL

PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF CASE PENDING RESOLUTION OF PENDING CR 12(b)(6) MOTION

      Pursuant to LCR 7(d)(1) and LCR 16(b))6), the Plaintiff Chanel Horner moves for entry of a stay in this case until the Court decides Seattle's pending motion to dismiss for failure to state a claim (Dkt. #17, filed on November 26, 2024) filed is resolved. The Defendants do not oppose this motion.

      Previously, on January 7, 2025, the Court granted the parties' motion for a stay of Plaintiff Horner's motion for partial summary judgment, (Dkt. #25, filed on December 27, 2024).

      Under the current case schedule, the last day to serve discovery requests is May 9, the discovery cutoff date is June 9, and the dispositive motions cut-off date is July 8. Conducting discovery and filing motions without knowing how the Court will rule on the pending motion may result in in discovery and motions work which will later prove unnecessary. Therefore,

PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF CASE PENDING RESOLUTION OF PENDING CR 12(b)(6) MOTION – 1
(2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011

1   the Plaintiff asks the Court to stay the current case schedule, and to set a new case schedule
2   right after the Court disposes of Seattle's pending motion.
3         I certify that this memorandum contains 169 words, in compliance with the Local Civil
4   Rules.
5         DATED this 12th day of March, 2025.

       *s/ James E. Lobsenz*
       James E. Lobsenz WSBA #8787
       Attorneys for Plaintiff

       *s/ Joseph Everett (per email authorization)*
       Joseph Everett WSBA #38248
       Dallas LePierre WSBA #47391
       Carson Canonie WSBA #62464
       Attorneys for Defendant Seattle

       *s/ Daniel Mallove (per email authorization)*
       Daniel Mallove, WSBA # 13158
       Attorney for Defendant Lincoln Towing

PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF CASE
PENDING RESOLUTION OF PENDING CR 12(b)(6) MOTION – 2
(2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2025, I electronically filed the foregoing UNOPPOSED MOTION FOR STAY OF CASE PENDING RESOLUTION OF PENDING CR 12(B)(6) MOTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendants City of Seattle and Robert Strozier**
Joseph Everett
Dallas LePierre
Carson Canonie
SEATTLE CITY ATTORNEY
701 5th Avenue Suite 2050
Seattle, WA 98104
Tel: 206-684-8200
Joseph.Everett@seattle.gov
Dallas LePierr@seattle.gov
Carson Canonie@seattle.gov

DATED this 12th day of March, 2025.

*s/ Rozalynne Weinberg*
Rozalynne Weinberg, Legal Assistant

PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF CASE PENDING RESOLUTION OF PENDING CR 12(b)(6) MOTION – 3
(2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011