Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANEL HORNER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE; OFFICER ROBERT STROZIER; and LINCOLN TOWING ENTERPRISES, INC.,<br><br>        Defendants. | NO. 2:24-cv-01488-RSL<br><br>ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF CASE SCHEDULE |

    THIS MATTER having come on regularly for hearing before the undersigned judge of the above-entitled court, on Plaintiff's Unopposed Motion for a Stay of Case Schedule, and the court having considered the motion and the pleadings herein, NOW THEREFORE

    It is ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for a Stay of the Case Schedule is hereby GRANTED. The present case schedule is stricken and proceedings in this case are stayed pending resolution of Seattle's pending motion to dismiss for failure to state a claim (Dkt. #17). Once that motion is resolved a new case schedule will be set.

    DATED this 13th day of March, 2025.

*[signature: Robt S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF CASE SCHEDULE – 1
(2:24-cv-01488-RSL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 PROPOSED ORDER on Plaintiff's Unopposed Motion to Stay case

Presented by:

    *s/ James E. Lobsenz*
James E. Lobsenz WSBA #8787
lobsenz@carneylaw.com
Attorneys for Plaintiff
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020

ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF CASE SCHEDULE – 2
(2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 PROPOSED ORDER on Plaintiff's Unopposed Motion to Stay case