Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHANEL HORNER,

    Plaintiff,

v.

CITY OF SEATTLE; OFFICER ROBERT STROZIER; and LINCOLN TOWING ENTERPRISES, INC.,

    Defendants.

NO. 2:24-cv-01488-RSL

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT STAYS

I, JAMES E. LOBSENZ, do hereby declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct:

1. Attached as Appendix A is a true and correct copy of the email dated December 31, 2024 that I received from counsel for the City of Seattle.

2. Attached as Appendix B is a true and correct copy of the email dated March 10, 2025 that I received from counsel for the City of Seattle.

3. Attached as Appendix C is a true and correct copy of the email dated March 11, 2025 that I sent to counsel for the City of Seattle.

4. Attached as Appendix D is a true and correct copy of the email dated March 11, 2025 that I received from counsel for the City of Seattle.

DATED this 17th day of December, 2025.

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT STAYS – 1
(2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 8168344

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

     *s/ James E. Lobsenz*
James E. Lobsenz WSBA #8787
lobsenz@carneylaw.com
Attorneys for Plaintiff
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT STAYS – 2
(2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 8168344

**CERTIFICATE OF SERVICE**

I hereby certify that electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendants City of Seattle and Robert Strozier**
Joseph Everett
Dallas LePierre
Carson Canonie
SEATTLE CITY ATTORNEY
701 5th Avenue Suite 2050
Seattle, WA  98104
Tel:  206-684-8200
Joseph.Everett@seattle.gov
Dallas LePierr@seattle.gov
Carson Canonie@seattle.gov

DATED this 17th day of December, 2025.

                                                _/s/  Patti Saiden_
                                                Patti Saiden, Legal Assistant

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT STAYS – 3
(2:24-cv-01488-RSL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PB-0011 8168344

# **APPENDIX A**

lob000 append eg164203 2025-12-16

## James E. Lobsenz

| | |
|---|---|
| **From:** | Everett, Joseph D <Joseph.Everett@seattle.gov> |
| **Sent:** | Tuesday, December 31, 2024 9:21 AM |
| **To:** | James E. Lobsenz |
| **Cc:** | Dan Mallove; LePierre, Dallas; Canonie, Carson; Fadi Assaf; Sanabria, Laura; Sundberg, Erin |
| **Subject:** | Motion to Stay Plaintiff's Partial MSJ |

Good morning, Jim, and Happy New Year:

The City intends to file a motion under LCR 7(j) to stay Plaintiff's partial MSJ until the City/Strozier motion to dismiss is resolved. Would Plaintiff be willing to stipulate to that course of action? Happy to discuss further on the phone if necessary.

Regards,



**Joseph Everett**
Assistant City Attorney
Constitutional & Complex Litigation

Civil Division, Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
Phone: 206-386-9739
FAX: 206-684-8284

**CONFIDENTIALITY STATEMENT:** This message may contain information that is protected by the attorney-client privilege, the attorney work product doctrine, or by other confidentiality provisions. If this message was sent to you in error, any use, disclosure, or distribution of its contents is prohibited. If you receive this message in error, please contact me at the telephone number or e-mail address listed above and delete this message without printing, copying, or forwarding it. Thank you.

# **APPENDIX B**

lob000 append eg164203 2025-12-16

# James E. Lobsenz

| | |
|---|---|
| **From:** | Everett, Joseph D <Joseph.Everett@seattle.gov> |
| **Sent:** | Monday, March 10, 2025 8:42 AM |
| **To:** | James E. Lobsenz; LePierre, Dallas; conniecoff@gmail.com; Dan Mallove; Canonie, Carson |
| **Subject:** | RE: PB-0011: Chanel Horner V. City Of Seattle / LI-PL-USDC-WDW Pleading - Stipulated motion for stay of case schedule |

Hi Jim,

Thanks for sending over – hope you had a good weekend. The City of Seattle would prefer this to be an unopposed plaintiff's motion, rather than a joint motion. Can it be set up that way?

Regards,



**Joseph Everett**
Assistant City Attorney
Constitutional & Complex Litigation

Civil Division, Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
Phone: 206-386-9739
FAX: 206-684-8284

**CONFIDENTIALITY STATEMENT:** This message may contain information that is protected by the attorney-client privilege, the attorney work product doctrine, or by other confidentiality provisions. If this message was sent to you in error, any use, disclosure, or distribution of its contents is prohibited. If you receive this message in error, please contact me at the telephone number or e-mail address listed above and delete this message without printing, copying, or forwarding it. Thank you.


**From:** James E. Lobsenz <Lobsenz@carneylaw.com>
**Sent:** Friday, March 7, 2025 6:44 PM
**To:** Everett, Joseph D <Joseph.Everett@seattle.gov>; LePierre, Dallas <Dallas.LePierre@seattle.gov>; conniecoff@gmail.com; Dan Mallove <dmallove@dpmlaw.com>
**Subject:** PB-0011: Chanel Horner V. City Of Seattle / LI-PL-USDC-WDW Pleading - Stipulated motion for stay of case schedule

| CAUTION: External Email |
|---|

LI-PL-USDC-WDW Pleading - Stipulated motion for stay of case schedule pending ruling on 12(b)(6) motion

Here's what I drafted. Let me know if it meets with your approval and if I have your leave to sign and file for you.

Thanks,

Jim

1

James E. Lobsenz
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
tel (206) 622-8020
fax (206) 467-8215

2

# **APPENDIX C**

lob000 append eg164203 2025-12-16

# James E. Lobsenz

| | |
|---|---|
| **From:** | James E. Lobsenz |
| **Sent:** | Tuesday, March 11, 2025 2:19 PM |
| **To:** | Joseph.Everett@seattle.gov; Carson.Canonie@seattle.gov; Dallas.LePierre@seattle.gov; dmallove@dpmlaw.com |
| **Cc:** | Fadi Assaf |
| **Subject:** | PB-0011: Chanel Horner V. City Of Seattle / LI-PL-USDC-WDW Pleading - Plaintiff's unopposed motion for stay of |
| **Attachments:** | LI-PL-USDC-WDW Pleading - Plaintiff's unopposed motion for stay of.docx |

LI-PL-USDC-WDW Pleading - Plaintiff's unopposed motion for stay of case schedule pending ruling on 12(b)(6) motion

Hello Joe et al.

I changed it from a stipulated joint motion to a Plaintiff's unopposed motion. May I now file it and sign for you all?

- Jim

James E. Lobsenz
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
tel (206) 622-8020
fax (206) 467-8215

1

# **<u>APPENDIX D</u>**

lob000 append eg164203 2025-12-16

## James E. Lobsenz

| | |
|---|---|
| **From:** | Everett, Joseph D <Joseph.Everett@seattle.gov> |
| **Sent:** | Tuesday, March 11, 2025 2:43 PM |
| **To:** | James E. Lobsenz; Canonie, Carson; LePierre, Dallas; dmallove@dpmlaw.com |
| **Cc:** | Fadi Assaf |
| **Subject:** | RE: PB-0011: Chanel Horner V. City Of Seattle / LI-PL-USDC-WDW Pleading - Plaintiff's unopposed motion for stay of |

Thanks, Jim. This works for the City – you can sign on my behalf.

(Note there is a mismatched set of parentheses in the cite to LCR 16.)

**From:** James E. Lobsenz <Lobsenz@carneylaw.com>
**Sent:** Tuesday, March 11, 2025 2:19 PM
**To:** Everett, Joseph D <Joseph.Everett@seattle.gov>; Canonie, Carson <Carson.Canonie@seattle.gov>; LePierre, Dallas <Dallas.LePierre@seattle.gov>; dmallove@dpmlaw.com
**Cc:** Fadi Assaf <fadi.assaf@nwjustice.org>
**Subject:** PB-0011: Chanel Horner V. City Of Seattle / LI-PL-USDC-WDW Pleading - Plaintiff's unopposed motion for stay of

| **CAUTION: External Email** |
|---|

LI-PL-USDC-WDW Pleading - Plaintiff's unopposed motion for stay of case schedule pending ruling on 12(b)(6) motion

Hello Joe et al.

I changed it from a stipulated joint motion to a Plaintiff's unopposed motion. May I now file it and sign for you all?

- Jim

James E. Lobsenz
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
tel (206) 622-8020
fax (206) 467-8215

1