Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANEL HORNER,<br><br>       Plaintiff,<br><br> vs.<br><br>CITY OF SEATTLE; OFFICER ROBERT STROZIER, in his individual capacity; and LINCOLN TOWING ENTERPRISES, INC.,<br><br>       Defendants. | No. 2:24-cv-01488-RSL<br><br>**DEFENDANTS ROBERT STROZIER AND CITY OF SEATTLE'S RESPONSE IN OPPOSITION OF MOTION TO LIFT STAY** |

Defendants Robert Strozier and City of Seattle, (collectively "City") files this Response in Opposition of the Plaintiffs' Motion to Lift Stay. In support thereof, the City states:

The Parties to this action moved this Court to stay Plaintiff's partial Motion for Summary Judgement, asserting that the interests of judicial economy favored decision on the pending and fully briefed Motion to Dismiss prior to consideration of the Summary Judgment Motion. (Dkt. # 31) This Court exercised its broad discretion to manage its docket and granted that Motion. (Dkt. # 34) Courts generally do not grant motions to lift stay unless some change in circumstances has altered the original

DEFENDANTS ROBERT STROZIER AND CITY OF SEATTLE'S
RESPONSE IN OPPOSITION OF MOTION TO LIFT STAY
(2:24-cv-01488-RSL)- 1

Erika J. Evans
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

evaluation of the interests of judicial economy such that the stay is no longer appropriate. *See Com. W. Ins. Co. v. Allen*, No. 18-5828 RJB, 2019 WL 3530912, at *3 (W.D. Wash. Apr. 24, 2019).

Plaintiff now Moves this Court to lift the stay and allow the Motions to Dismiss and for Partial Summary Judgement to be heard together. (Dkt. # 35) The Plaintiff's asserted change that alters the considerations of judicial economy is the time for which the Motion to Dismiss has been pending. *Id.* The considerations of judicial economy, however, still strongly favor the stay remaining pending. As the Plaintiff notes in his Motion, the Motion to Dismiss is the next civil Motion in line to be ruled on by this Court. *Id.* at 6. The Plaintiff's Motion for Partial Summary Judgement has not been fully briefed. If the Plaintiff's Motion to Lift Stay were granted, the Summary Judgement Motion would need to be re-noted, and fully briefed, before it could be placed back in line to be decided by the Court. To decide the Motions together, as Plaintiff requests, the Motion to Dismiss would have to be similarly re-noted on that date and pulled out of the line to be decided. Doing so would introduce additional delay and in no way further the interests of judicial economy.

The Plaintiff's remaining allegations do not point to any changed circumstances that alter the Court's original considerations in granting the Motion to Stay Case. Wherefore, the City respectfully requests that this Court enter an Order Denying the Plaintiff's Motion to Lift Stay and rule on the Motion to Dismiss at its earliest convenience.

//
//
//
//
//
//

DEFENDANTS ROBERT STROZIER AND CITY OF SEATTLE'S
RESPONSE IN OPPOSITION OF MOTION TO LIFT STAY
(2:24-cv-01488-RSL)- 2

**Erika J. Evans**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 5th day of January, 2026.

        ERIKA J. EVANS
        Seattle City Attorney

By: */s/ Dallas LePierre*
    Dallas LePierre, WSBA# 47391
    Joseph Everett, WSBA# 38248
    Carson Canonie, WSBA# 62464
    Assistant City Attorneys

E-Mail: Dallas.LePierre@seattle.gov
E-Mail: Joseph.Everett@seattle.gov
E-Mail: Carson.Canonie@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendants City of Seattle and Robert Strozier*

---

DEFENDANTS ROBERT STROZIER AND CITY OF SEATTLE'S RESPONSE IN OPPOSITION OF MOTION TO LIFT STAY (2:24-cv-01488-RSL)- 3

**Erika J. Evans**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# CERTIFICATE OF SERVICE

I certify that on the 5th day of January, 2026, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| James E. Lobsenz WSBA #8787<br>CARNEY BADLEY SPELLMAN, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>*Attorney for Plaintiff* | (X) via CM/ECF<br>lobsenz@carneylaw.com |
| Fadi Assaf, WSBA # 53687<br>NORTHWEST JUSTICE PROJECT<br>401 2nd Avenue S. Suite 407<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | (X) via CM/ECF<br>fadi.assaf@nwjustice.org<br>Louise.akerblom@nwjustice.org |
| Daniel P. Mallove, WSBA #13158<br>Eric Cascio, WSBA #52941<br>LAW OFC OF DANIEL P MALLOVE PLLC<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121 | (X) via CM/ECF<br>dmallove@dpmlaw.com<br>ecascio@dpmlaw.com<br>mrussell@dpmlaw.com |

    /s/ Laura Sanabria
    Laura Sanabria, Legal Assistant

DEFENDANTS ROBERT STROZIER AND CITY OF SEATTLE'S
RESPONSE IN OPPOSITION OF MOTION TO LIFT STAY
(2:24-cv-01488-RSL)- 4

**Erika J. Evans**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200