Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANEL HORNER, | Case No. 2:24-cv-01488-RSL |
| Plaintiff, | |
| v. | **DEFENDANT LINCOLN TOWING'S JOINDER IN DEFENDANTS STROZIER AND CITY OF SEATTLE'S RESPONSE IN OPPOSITION OF MOTION TO LIFT STAY** |
| CITY OF SEATTLE; OFFICER ROBERT STROZIER; and LINCOLN TOWING ENTERPRISES, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that defendant Lincoln Towing Enterprises, Inc., hereby joins defendants Robert Strozier and City of Seattle's Response in Opposition of Plaintiff's Motion to Lift Stay, and respectfully requests that this Court enter an Order Denying the Plaintiff's Motion to Lift Stay.

DATED this 6th day of January, 2026.

LAW OFFICE OF DANIEL P. MALLOVE, PLLC

By: */s/ Daniel P. Mallove*
Daniel P. Mallove, WSBA #13158
2003 Western Avenue, Suite 400
Seattle, WA 98121
(206) 239-9933
dmallove@dpmlaw.com
*Attorney for Defendant Lincoln Towing Enterprises*

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that on the below date, I caused to be served the foregoing **DEFENDANT LINCOLN TOWING ENTERPRISES, INC.'S JOINDER IN DEFENDANTS STROZIER AND CITY OF SEATTLE'S RESPONSE IN OPPOSITION OF MOTION TO LIFT STAY** on the following individuals via the method indicated:

James E. Lobsenz
Carney Badley Spellman PS
701 Fifth Avenue, Suite 3600
Seattle, WA 98104

Fadi Assaf
Northwest Justice Project
401 2nd Avenue S, Suite 407
Seattle, WA 98104

Carson Canonie
Joseph Everett
Dallas LePierre
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

| ☐ U.S. Mail | ☐ Hand Delivery/Messenger |
| ☐ Facsimile | ☒ Electronic / ECF / E-mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of January, 2026.

*/s/ Marganne Russell*
Marganne Russell